# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

EKONG BEN ESHIET,

   Petitioner,

v.

WARDEN, Stewart Detention Center,

   Respondent.

CASE NO. 4:19-CV-98-CDL-MSH
28 U.S.C. § 2241

## ORDER

On June 18, 2019, the Court received Petitioner's application for a writ of habeas corpus (ECF No. 1). Petitioner moves for leave to proceed *in forma pauperis* ("IFP") (ECF No. 2). Petitioner's account statement shows that he currently has $120.82 in his account at Stewart Detention Center and that he has had an average of $60.41 in his account for the last six months. Account Certification 1, ECF No. 2-1. The filing fee required in a § 2241 case is only $5.00. Petitioner's submissions show that he is able to pay this amount. Petitioner's motion to proceed IFP is accordingly denied. Petitioner has twenty-one (21) days from the date shown on this Order to pay the required $5.00 filing fee. Failure to comply with this Order may result in the dismissal of Petitioner's application.

SO ORDERED, this 18th day of June, 2019.

            /s/ Stephen Hyles
            UNITED STATES MAGISTRATE JUDGE