#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE MIDDLE DISTRICT OF GEORGIA
#### COLUMBUS DIVISION

| | | |
|---|---|---|
| EKONG BEN ESHIET, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 4:19-CV-98-CDL-MSH |
| | : | 28 U.S.C. § 2241 |
| WARDEN, Stewart Detention Center, | : | |
| | : | |
| Respondent. | : | |

_____

## **ORDER**

Petitioner filed an application for habeas corpus relief under 28 U.S.C. § 2241 (ECF No. 1) on June 18, 2019, and submitted the requisite filing fee on July 1, 2019. Pursuant to the memorandum of understanding with the United States Attorney for the Middle District of Georgia, a copy of the petition and a copy of this Order shall be automatically served on the United States Attorney and Respondent electronically through CM/ECF. Respondent shall file his Return within three (3) days. *See* 28 U.S.C. § 2243. In his Return, Respondent shall specifically state the statutory authority for Petitioner's current detention. Petitioner is notified that a failure to keep the Court apprised of any change of address may result in a dismissal for failure to prosecute this action.

SO ORDERED, this 1st day of July, 2019.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE