IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| EKONG BEN ESHIET, | * |
| Petitioner, | * |
| v. | Case No. 4:19-CV-98-CDL-MSH |
| | * |
| Warden MICHAL DONAHUE, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 11, 2019, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 11th day of September, 2019.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk